```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    24cv2416 (DLC)
KEVIN PAYNE,                             :
                                         :         ORDER
                        Plaintiff,       :
                                         :
            -v-                          :
                                         :
TAMMY CHEN, DDS, P.C. d/b/a CENTRAL      :
PARK DENTAL AESTHETICS,                  :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received plaintiff's letter dated June 12, 2024, it is hereby

ORDERED that the June 13, 2024 conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

> Dial-in:        888-363-4749
> Access Code:    4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         June 12, 2024

                                 _____
                                         DENISE COTE
                                 United States District Judge