UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN PAYNE

    Plaintiff,

v.

TAMMY CHEN DDS, P.C. d/b/a CENTRAL PARK DENTAL AESTHETICS

    Defendant.

Civ. No. 1:24-cv-02416-DLC

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Kevin Payne and Defendant Tammy Chen DDS, P.C., d/b/a Central Park Dental Aesthetics, comprising all of the parties to the above-captioned action, hereby stipulate that this action is dismissed with prejudice and without costs, disbursements, or attorneys' fees against either party.

Dated: September 12, 2024

So ordered.

/s/ Denise Cote
9/18/24

Respectfully submitted,

Andrew Rozynski (NY 5054465)
**EISENBERG & BAUM, LLP**
24 Union Square East, Penthouse
New York, NY 10003
Main: (212) 353-8700
Fax: (917) 591-2875
arozynski@eandblaw.com
*Attorneys for Plaintiff*

AND

Joy Woda Schneider (JS3516)

KERLEY, WALSH, MATERA, &
CINQUEMANI, P.C.
2174 Jackson Avenue
Seaford, NY 11783
(516) 409-6200
jschneider@kerleywalsh.com
*Attorneys for Defendant*